# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:13CR3073 |
| | ) | and |
| v. | ) | 4:17CR3058 |
| | ) | |
| DAVID GARCIA-COLIMOTE, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

The undersigned has adopted the Magistrate Judge's Findings and Recommendation on Guilty Plea in one of the defendant's other criminal cases (see filing no. 26 in Case No. 4:17CR3058). In accordance with the parties' plea agreement,

IT IS ORDERED that the Petition for Offender Under Supervision (filing no. 37 in Case No. 4:13CR3073) is dismissed without prejudice.

DATED this 18th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge